*Peter D. Vroom et al* v. *William Johnson.* D. GOULD, for appellants ; S. SHERWOOD, for respondent. Order of the vice chancellor of the first circuit denying motion for attachment for violation of injunction reversed ; and an attachment ordered to issue, bailable in the sum of $250. Costs to abide the event ; and proceedings remitted.

*Elizabeth Proctor et al. adm'rs &c.* v. *Henry P. Wanmaker, Public Administrator &c.* E. W. CHESTER, for appellants ; W. T. REYNOLDS, for respondent. Decretal order of the surrogate of New-York reversed, and a decree directed to be entered setting aside and revoking the letters of administration granted to the public administrator as irregularly and improperly obtained ; and declaring the letters of administration granted to the appellants to be valid. And respondent directed to deliver up to the appellants all the moneys, books, papers and property belonging to the estate, which have come to his hands.

Proceedings remitted to surrogate.